# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1255
_____

Bereket T. Kassu

*Plaintiff - Appellant*

v.

Fairview Health Services

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: December 15, 2020
Filed: January 15, 2021
[Unpublished]

_____

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Bereket Kassu filed this action asserting race discrimination under 42 U.S.C. § 1981 nearly four years after he was fired by Fairview Health Services. He appeals the district court's[1] dismissal of his case under Fed. R. Civ. P. 12(b)(6) for failure to

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.

plead facts that make his allegation of race discrimination plausible. Upon careful review of the record, we find no error of law and no basis for reversing the district court.

We affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____